ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 3 2015
CLERK, U.S. DISTRICT COURT
By ___TS___
       Deputy

| | |
|---|---|
| AMY GONZALEZ<br>*Plaintiff.*<br>v.<br><br>STELLAR RECOVERY, INC.<br>*Defendant.* | CIVIL ACTION NO. 4-15CV-473-A |

## MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF THE JUSTICE COURT:

Come now, the Plaintiff Amy Gonzalez who having reached an agreement with the Defendant in the above styled cause of action hereby files this Motion for Dismissal with prejudice with each party bearing their own costs in this action.

Dated: July 30, 2015

Respectfully Submitted,

_____
Amy Gonzalez
416 Chatamridge Ct.
Fort Worth, TX 76052
(817) 909-8998
gonamyleigh@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2014, a true and correct copy of the foregoing was provided via USPS First Class Mail to:

Benjamin N. Hutnick
Berman & Rabin P.A.
15280 Metcalf
Overland Park, KS 66223

Robbie Malone, P.L.L.C.
Northpark Central, P.L.L.C.
8750 North Central Expressway
Dallas, Texas 75231

Dated: July 30, 2015

Respectfully Submitted,

_____
Amy Gonzalez
416 Chatamridge Ct.
Fort Worth, TX 76052
(817) 909-8998
gonamyleigh@yahoo.com

A. Gonzalez
P.O. Box 163651
Fort Worth, TX 76161

NORTH TEXAS TX PRDC
DALLAS TX 750
31 JUL 2015 PM 3 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 AUG -3 PM 2:41

CLERK OF COURT

United States District Court
Northern District of Texas
Clerk's Office
501 West 10th Street, Room 310
Fort Worth, Texas 76102

76102975999